# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
                                      *
LW CONSTRUCTION OF                    *
CHARLESTON, LLC,                      *
                                      *
             Plaintiff,               *
                                      *   No. 14-960C
        v.                            *   Filed: September 26, 2019
                                      *
UNITED STATES,                        *
                                      *
             Defendant.               *
                                      *
* * * * * * * * * * * * * * * * * *   *
```

### O R D E R

The court is in receipt of the parties' September 26, 2019 joint stipulation of dismissal with prejudice of all claims in the above-captioned case. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** with prejudice. All parties shall bear their own attorney fees and costs.

   **IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
